

FILED
17-0991
12/18/2017 11:25 AM
tex-21345413
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# Nicholas LaHood
## Criminal District Attorney
### Bexar County, Texas

December 18, 2017

Blake A. Hawthorne, Clerk
Supreme Court of Texas
Supreme Court Building
201 W. 14th Street Room 104
Austin, Texas 78701

> RE: In the Interest of: J.S.R., A Child
> Appellate Case No. 04-17-00298-CV
> Supreme Court Case No. 17-0991

Dear Mr. Hawthorne:

The Appellant's counsel in the instant case has filed a Petition for Review. Due to the nature of the Appellant's pleadings before this Court, the State waives filing a response at the present time. Should the Court grant the petition, the State stands ready to file a brief in response to that pleading.

Thank you in advance for your consideration.

Sincerely yours,
/s/ Mary Beth Welsh
MARY BETH WELSH
Assistant Criminal District Attorney
Bexar County, Texas
Elizondo Tower
101 W. Nueva
(210) 335-2413
S.B.N. 00785215
Attorney for the State

cc: Shawn Sheffield
   PO Box 276343
   San Antonio, Texas 78227


   Alana Pearsall
   11107 Wurzbach Rd.
   Ste.602
   San Antonio, Texas 78230

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I, Mary Beth Welsh, certify that a true and correct copy of the above foregoing waiver was served on the attorney of record on the 18th day of December, 2017 in the manner described below:


***Via Electronic Service***
Shawn Sheffield
Sheffieldlaw@yahoo.com

Alana Pearsall
PearsallLawFirm@aol.com


*/s/ Mary Beth Welsh*
_____
Mary Beth Welsh
Assistant Criminal District Attorney